AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McMahon, Colleen | US District Court-Southern Dis | 08/12/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge-Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

500 Pearl Street
New York, NY 10007
Chambers 640 Moynihan Courthou

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Foundation #1 |
| 3. Advisory Council | Ohio State University |
| 4. Advisory Director | Festival Daniou |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | CSG Systems Inc-Director Fee |
| 2. | 2018 | Kohl's Department Stores Inc-Director Fee |
| 3. | 2018 | Tailwind Capital Group-Partner- Guaranteed Payment |
| 4. | 2018 | Safe Bulkers Inc -Director Fee |
| 5. | 2018 | Jet Blue Airways Corp-Director Fee |
| 6. | 2018 | Linx Partners LLC_Director Fee |
| 7. | 2018 | Morgan Stanley-Pension Income |
| 8. | 2018 | Tailwind Management LP_Managing Director-Guaranteed Payment |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Thornburg Ltd. Term Muni. Fd Nat'l | A | Dividend | K | T | Donated<br>(part) | | | | |
| 2. | | | | | Sold<br>(part) | 03/06/18 | J | A | |
| 3. Thornberg Value Fund Class A Mut Fd.<br>(IRA) | C | Dividend | P1 | T | | | | | |
| 4. Morgan Stanley Venture Investors III LP<br>(IRA) | | None | | | Sold | 12/18/18 | J | | |
| 5. Morgan Stanley Venture Investors III LP | | None | | | Sold | 12/18/18 | J | | |
| 6. MSCP III L.P. | | None | J | U | | | | | |
| 7. ▒▒▒▒ (1998 300,0000) | | None | N | R | | | | | |
| 8. ▒▒▒▒ (1998 300,000) | | None | N | R | | | | | |
| 9. Phoenix Life Ins (Trust # 1) (Whole Life<br>Policy) | C | Dividend | M | T | | | | | |
| 10. Northwestern Mututal Life (Trust#1)<br>(Whole Life Policy) | E | Dividend | O | T | | | | | |
| 11. Northwestern Mututal Life(Trust #1)<br>(Whole Life Policy) | E | Dividend | N | T | | | | | |
| 12. CSG Systems International Inc.Com | E | Dividend | O | T | Buy<br>(add'l) | 08/16/18 | M | | |
| 13. Summit Mariner, LLC | | None | P1 | U | | | | | |
| 14. Summit Mariner LLC/JP Morgan Checking | | None | K | T | | | | | |
| 15. Rental # 1 /JPMorgan Checking | | None | J | T | | | | | |
| 16. Rental # 2 ▒▒▒▒ (1999 $ 900,000) | E | Rent | P1 | R | | | | | |
| 17. Rental # 2/JP Morgan -Checking | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. JP Morgan(Checking)- | | None | M | T | | | | | |
| 19. Vacant Land ▓▓▓ (1999 $ 425,000 ) | | None | N | R | | | | | |
| 20. Trident Capital Fund V LP | | None | K | U | Sold (part) | 12/24/18 | J | | |
| 21. ▓▓▓ Golf Partners LLC | | None | K | U | | | | | |
| 22. JP Morgan (Checking) | A | Interest | P2 | T | | | | | |
| 23. JK & B Capital IV QIP LP | | None | K | U | Sold (part) | 01/17/18 | J | | |
| 24. JP Morgan Checking(Foundation #1) | A | Interest | J | T | | | | | |
| 25. Kinderhook Capital I LP | | None | L | U | | | | | |
| 26. JP Morgan Tax Free MM Premier Sweep | | None | P2 | T | | | | | |
| 27. Menemsha Captial Partners Ltd | | None | K | U | | | | | See Note # 2 |
| 28. CGI Partners,LP | G | Distribution | L | U | Sold (part) | 02/06/18 | O | | See Note # 1 |
| 29. Micell Technologies Inc.(Com) | | None | K | T | | | | | |
| 30. Linx Partners II LP | G | Distribution | N | U | Sold (part) | 10/29/18 | P1 | | See Note # 1 |
| 31. SFM Participation II LP | G | Distribution | M | U | Sold (part) | 01/05/18 | L | | See Note # 1 |
| 32. | | | | | Sold (part) | 02/20/18 | K | | |
| 33. | | | | | Sold (part) | 03/22/18 | P1 | | |
| 34. | | | | | Sold (part) | 06/27/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 08/31/18 | K | | |
| 36. | | | | | Sold (part) | 09/11/18 | M | | |
| 37. | | | | | Sold (part) | 12/27/18 | L | | |
| 38. Thornburg Core Growth Cl A (IRA) | | None | N | T | | | | | |
| 39. Jetblue (Com) | | None | O | T | | | | | |
| 40. Aisling Capital II LP | G | Distribution | M | U | Buy (add'l) | 01/10/18 | J | | See Note # 1 |
| 41. | | | | | Sold (part) | 02/26/18 | K | | |
| 42. | | | | | Sold (part) | 10/24/18 | N | | |
| 43. J K & B Capital V LP | F | Distribution | P1 | U | Buy (add'l) | 06/13/18 | K | | See Note # 1 |
| 44. | | | | | Buy (add'l) | 07/30/18 | L | | |
| 45. | | | | | Buy (add'l) | 12/07/18 | K | | |
| 46. | | | | | Sold (part) | 06/12/18 | O | | |
| 47. SEEF II LP | D | Distribution | P1 | U | Sold (part) | 02/06/18 | K | | See Note # 1 |
| 48. Towerbrook Investors II Executive Fund LP | | None | O | U | | | | | |
| 49. Trident VI LP | F | Distribution | N | U | Sold (part) | 04/20/18 | K | | See Note # 1 |
| 50. | | | | | Sold (part) | 08/03/18 | L | | |
| 51. | | | | | Sold (part) | 10/15/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Kinderhook Capital Fund II LP | F | Distribution | P1 | U | Sold<br>(part) | 01/26/18 | J | | See Note # 1 |
| 53. | | | | | Sold<br>(part) | 06/27/18 | K | | |
| 54. | | | | | Sold<br>(part) | 11/28/18 | K | | |
| 55. Kohls Corp (Com). | F | Dividend | P1 | T | Buy<br>(add'l) | 05/10/18 | M | | |
| 56. | | | | | Buy<br>(add'l) | 08/13/18 | M | | |
| 57. | | | | | Donated<br>(part) | | | | |
| 58. KPB Partners LP | | None | P2 | U | | | | | |
| 59. Thornburg-Income Builder Cl 1 | C | Dividend | L | T | | | | | |
| 60. Thornburg Global Opportunity Cl 1 | B | Dividend | L | T | | | | | |
| 61. Thornburg CRE GWT (IRA) | | None | N | T | | | | | |
| 62. Ironwood Management Partners Fund II LP | H1 | Distribution | O | U | Sold<br>(part) | 08/29/18 | K | | See Note # 1 |
| 63. | | | | | Sold<br>(part) | 09/07/18 | P1 | | |
| 64. | | | | | Sold<br>(part) | 12/27/18 | L | | |
| 65. RGI Partners II B LP | G | Distribution | P1 | U | Sold<br>(part) | 12/19/18 | M | | See Note # 1 |
| 66. RGI Partners Ltd | G | Distribution | P1 | U | Sold<br>(part) | 01/10/18 | N | | See Note # 1 |
| 67. | | | | | Sold<br>(part) | 02/23/18 | M | | |
| 68. | | | | | Sold<br>(part) | 05/21/18 | N | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/19/18 | J | | |
| 70. | | | | | Sold (part) | 12/20/18 | O | | |
| 71. Tailwind Capital Partners LP | | | | | | | | | See Note # 4 |
| 72. --Apex Companies LLC | G | Distribution | K | U | Sold (part) | 03/23/18 | J | | See Note # 1 |
| 73. | | | | | Sold (part) | 04/24/18 | J | | |
| 74. | | | | | Sold (part) | 12/12/18 | P1 | | |
| 75. --Transit Wireless LLC | G | Distribution | | | Sold | 04/24/18 | N | | See Note # 1 |
| 76. --Hamilton State Banc Shares Inc | G | Distribution | | | Sold (part) | 03/23/18 | K | | See Note # 1 |
| 77. | | | | | Sold | 08/14/18 | P1 | | |
| 78. --Oceus Networks,Inc | | None | M | U | | | | | |
| 79. --Optimal Solutions Intergration Inc | | None | L | U | | | | | |
| 80. --Cumberland Consulting Group,LLC | E | Distribution | O | U | | | | | See Note # 1 |
| 81. --Northeast Communications of Wisconsin,Inc(dba "Nsight) | G | Distribution | | | Sold | 08/14/18 | O | | See Note # 1 |
| 82. Tailwind Management LP | G | Distribution | P1 | U | Sold (part) | 12/28/18 | O | | See Note # 1 |
| 83. Tailwind Capital Partners (GP) LP | | | | | | | | | See Note # 4 |
| 84. --Apex Companies LLC | H1 | Distribution | O | U | Sold (part) | 04/24/18 | K | | See Note # 1 |
| 85. | | | | | Sold (part) | 12/12/18 | P1 | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86.  -- Transit Wireless LLC | G | Distribution | | | Sold | 04/24/18 | O | | See Note # 1 |
| 87.  --Hamilton State Bancshares Inc | H1 | Distribution | | | Sold<br>(part) | 04/24/18 | L | | See Note # 1 |
| 88. | | | | | Sold | 08/16/18 | P1 | | |
| 89.  --Oceus Networks Inc. | | None | N | U | | | | | |
| 90.  --Optimal | | None | M | U | | | | | |
| 91.  --Cumberland Consulting Group LLC | F | Distribution | P1 | U | | | | | See Note # 1 |
| 92.  --Northeast Comm of Wisconsin Inc (dba/<br>NSight) | | None | | | Sold | 08/16/18 | P1 | | |
| 93.  Perseus Soros Partners | B | Distribution | M | U | Sold<br>(part) | 05/18/18 | J | | See Note # 1 |
| 94.  Syndicate Holdings Corp(Com) | | None | L | T | | | | | |
| 95.  Safe Bulkers Inc(Com) | | None | N | T | Buy<br>(add'l) | 01/11/18 | K | | |
| 96. | | | | | Buy<br>(add'l) | 04/24/18 | K | | |
| 97. | | | | | Buy<br>(add'l) | 06/29/18 | K | | |
| 98. | | | | | Buy<br>(add'l) | 10/03/18 | K | | |
| 99. | | | | | Buy<br>(add'l) | 12/28/18 | K | | |
| 100.  Asling Investors III LP | G | Distribution | P1 | U | Sold<br>(part) | 01/23/18 | M | | See Note # 1 |
| 101. | | | | | Sold<br>(part) | 05/04/18 | L | | |
| 102. | | | | | Sold<br>(part) | 08/03/18 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Distributed (part) | 06/07/18 | J | | See Note #5 to Line # 416 |
| 104. | | | | | Distributed (part) | 10/02/18 | J | | See Note # 5 to Line # 417 |
| 105. Eastern Growth Capital II LP | B | Distribution | L | U | | | | | See Note # 1 |
| 106. Eastern Growth Capital II LP(IRA) | C | Distribution | M | U | | | | | See Note # 1 |
| 107. Linx-Metaltech Co Investment LLC | | None | K | U | | | | | |
| 108. Olympus Capital Asia IV LP | | None | P1 | U | Sold (part) | 10/11/18 | J | | |
| 109. Safe Bulkers Inc (Com)(IRA) | | None | K | T | | | | | |
| 110. Towerbrook Investors III Executive Fund LP | E | Distribution | M | U | Sold (part) | 02/08/18 | M | | See Note # 1 |
| 111. | | | | | Sold (part) | 10/18/18 | K | | |
| 112. Invesco Equity Income FD A (401K) | | None | J | T | | | | | |
| 113. First Republic Bank (Checking) | A | Interest | M | T | | | | | |
| 114. Kinderhook Capital Fund III LP | | None | O | U | Buy (add'l) | 01/22/18 | J | | |
| 115. | | | | | Buy (add'l) | 04/17/18 | K | | |
| 116. | | | | | Buy (add'l) | 12/31/18 | K | | |
| 117. Rapid Ratings International Inc (Com) | G | Interest | P2 | T | Buy (add'l) | 04/03/18 | N | | |
| 118. | | | | | Sold (part) | 08/29/18 | O | | |
| 119. Parkstone Capital Partners LLC | | None | J | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. UBS Bank USA Dep MM (IRA) | A | Interest | M | T | | | | | |
| 121. Tailwind Capital Group LLC | D | Distribution | K | U | | | | | See Note # 1 |
| 122. Empowered World Ventures LLC(Preferred A) | | None | M | T | | | | | |
| 123. CSL Energy Opportunity Fd I LP | | None | L | U | Sold (part) | 05/24/18 | L | | |
| 124. Parkstone Capital Partners II LP | C | Distribution | M | U | Sold (part) | 12/31/18 | J | | See Note # 1 |
| 125. Highland Investment Group LLC | D | Distribution | J | U | | | | | See Note # 1 |
| 126. Artiman Venture Fund LP | | None | M | U | | | | | |
| 127. Docero LLC | | None | O | U | | | | | |
| 128. OD Funding Partners LLC | | None | | | Sold | 06/26/18 | K | | |
| 129. Collision Funding Partners LLC | A | Distribution | N | U | | | | | See Note # 1 |
| 130. Figue Holdings LLC (Class B Common) | | None | M | T | | | | | |
| 131. JustFamily.Com,Inc(.Preferred Stock) | | None | N | T | | | | | |
| 132. Kenesto Corp (Preferred C) | | None | P1 | T | Buy (add'l) | 01/08/18 | K | | |
| 133. | | | | | Buy (add'l) | 01/29/18 | K | | |
| 134. | | | | | Buy (add'l) | 03/28/18 | K | | |
| 135. | | | | | Buy (add'l) | 04/24/18 | K | | |
| 136. | | | | | Buy (add'l) | 06/12/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 07/13/18 | K | | |
| 138. | | | | | Buy<br>(add'l) | 08/03/18 | K | | |
| 139. | | | | | Buy<br>(add'l) | 08/30/18 | K | | |
| 140. | | | | | Buy<br>(add'l) | 09/26/18 | K | | |
| 141. | | | | | Buy<br>(add'l) | 11/08/18 | K | | |
| 142. | | | | | Buy<br>(add'l) | 12/07/18 | K | | |
| 143. MogilityCapital Fund LP | | None | N | U | Sold<br>(part) | 01/24/18 | J | | |
| 144. | | | | | Sold<br>(part) | 11/21/18 | J | | |
| 145. OpenFin Inc.(Preferred Stock) | | None | N | T | | | | | |
| 146. Remedy Pharmaceuticals Inc | G | Distribution | O | T | Buy<br>(add'l) | 01/31/18 | K | | See Note # 1 |
| 147. | | | | | Sold<br>(part) | 02/06/18 | N | | |
| 148. Cardflight Inc (Preferred) | | None | N | T | Buy<br>(add'l) | 01/29/18 | M | | |
| 149. | | | | | Buy<br>(add'l) | 09/05/18 | M | | |
| 150. Fenway HTM Partners LLC | | None | K | U | | | | | |
| 151. Gain Fitness Inc(Com) | | None | M | T | | | | | |
| 152. CMNet Inc (D/B/A iSeek Corp) Ser C<br>(Preferred) | | None | N | T | | | | | |
| 153. Linx RE-Co-Invest LLC | C | Interest | K | U | Sold<br>(part) | 12/31/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Linx III LP | | None | P1 | U | Sold (part) | 05/04/18 | L | | |
| 155. | | | | | Buy (add'l) | 02/28/18 | O | | |
| 156. | | | | | Buy (add'l) | 11/15/18 | K | | |
| 157.  Monaeo Inc(Conv. Promissory Note) | | None | O | T | | | | | |
| 158.  Romulus Capital II US Feeder LP | | None | N | U | | | | | |
| 159.  Linx-Grammer Co LLC | G | Distribution | O | U | Sold (part) | 10/05/18 | O | | See Note # 1 |
| 160.  Tailwind Capital Partners II LP | | | | | | | | | See Note # 8 |
| 161.  --Diamondback Drugs | H1 | Distribution | K | U | Sold (part) | 08/14/18 | P1 | | See Note # 1 |
| 162. | | | | | Sold (part) | 12/10/18 | L | | |
| 163.  --Long's Drugs | G | Distribution | P1 | U | Sold (part) | 05/04/18 | N | | See Note # 1 |
| 164.  --Colony Hardware | G | Distribution | O | U | Sold (part) | 12/10/18 | P1 | | See Note # 1 |
| 165.  --Lieberman Research Worldwide | G | Distribution | P1 | U | | | | | See Note # 1 |
| 166.  --National HME | | None | | | Buy (add'l) | 12/10/18 | M | | |
| 167. | | | | | Sold | 12/31/18 | J | | |
| 168.  --Premiere Store Fixtures | | None | K | U | Buy (add'l) | 12/10/18 | N | | |
| 169.  --TowerCo IV | G | Distribution | K | U | | | | | See Note # 1 |
| 170.  --Cumming | G | Distribution | P1 | U | Buy (add'l) | 12/10/18 | L | | See Note # 1 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171.  --Distinct Holdings Group,IncGroup-dba Diversified | | None | P1 | U | | | | | |
| 172.  --MetroGistics | | None | P1 | U | | | | | |
| 173.  --Stratix | | None | P1 | U | | | | | |
| 174.  --AST Corporation | | None | O | U | | | | | |
| 175.  --DermaRite Industires LLC | | None | O | U | | | | | |
| 176.  --Edenbridge Pharmceuticals LLC | E | Distribution | P1 | U | | | | | See Note # 1 |
| 177.  --HMT Holdings Inc | | None | P1 | U | | | | | |
| 178.  --TW Lone Peak Master LLC | E | Distribution | N | U | Sold (part) | 03/08/18 | K | | See Note # 1 |
| 179. | | | | | Sold (part) | 05/14/18 | K | | |
| 180. | | | | | Sold (part) | 08/14/18 | J | | |
| 181. | | | | | Sold (part) | 12/10/18 | K | | |
| 182.  Trust # 4 | | | | | | | | | See Note # 7 |
| 183.  --Principal Global Diversified Income Fd Cl A | E | Dividend | O | T | | | | | |
| 184.  --Thornburg Income Builders Cl 1 | G | Dividend | P1 | T | | | | | |
| 185.  --Thornburg Global Opp Fd Cl 1 | E | Dividend | P1 | T | | | | | |
| 186.  --Thornburg Intl Value Fd 1 | D | Dividend | O | T | | | | | |
| 187.  --Thornburg Limited Term Inc Cl 1 | E | Dividend | P1 | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. --UBS Bank USA Dep Account | B | Interest | L | T | | | | | |
| 189. --JP Morgan Checking | C | Interest | P1 | T | | | | | |
| 190. --Docero LLC | | None | M | U | | | | | |
| 191. --Microsoft Corp(Com) | E | Dividend | O | T | | | | | |
| 192. --Columbia Select Large Cap Growth FD | G | Dividend | P1 | T | Sold<br>(part) | 12/31/18 | P1 | | |
| 193. --Safebulkers Inc | | None | L | T | | | | | |
| 194. --Martin Pharmaceuticals,Inc(Convertible Note) | | None | M | T | Buy | 02/28/18 | M | | |
| 195. ---Taiilwind Capital Partners III LP | | | | | | | | | See Note # 10 |
| 196. --Smith Cooper International Inc | | None | N | U | Buy | 09/14/18 | N | | |
| 197. --Benevis Holding Corp | | None | L | U | Buy | 12/06/18 | L | | |
| 198. --Abode Healthcare, Inc | | None | M | U | Buy | 12/31/18 | M | | |
| 199. --Convergence Technologies,Inc | | None | L | U | Buy | 12/31/18 | L | | |
| 200. --Loenbro LLC | | None | L | U | Buy | 12/31/18 | L | | |
| 201. Trust # 3 | | | | | | | | | See Note # 7 |
| 202. --Thornburg Income Builders Cl 1 | F | Dividend | P1 | T | | | | | |
| 203. --Thornburg Global Opportunities Fd | E | Dividend | P1 | T | | | | | |
| 204. --Thornburg Intl Value Fd | E | Dividend | O | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br> | L =$50,001 - $100,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000 |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --UBS Bank USA -Depost Account | A | Interest | N | T | | | | | |
| 206. --UBS AG Deposit Acount | | None | | | Closed | 01/05/18 | M | | |
| 207. --SPC Intermex LP | G | Distribution | M | U | Sold (part) | 07/30/18 | O | | See Note # 1 |
| 208. | | | | | Sold (part) | 10/29/18 | J | | |
| 209. --Tailwind Capital Partners III LP | | | | | | | | | See Note # 10 |
| 210. --Smith Cooper International Inc | | None | M | U | Buy | 09/14/18 | N | | |
| 211. --Benevis Holding Corp | | None | K | U | Buy | 12/06/18 | K | | |
| 212. --Abode Healthcare, Inc | | None | K | U | Buy | 12/31/18 | K | | |
| 213. --Convergence Technologies,Inc | | None | K | U | Buy | 12/31/18 | K | | |
| 214. --Loenbro LLC | | None | K | U | Buy | 12/31/18 | K | | |
| 215. Tailwind Capital Partners II (GP)LP | | | | | | | | | See Note # 8 |
| 216. --Colony Hardware Corp | G | Distribution | N | U | Sold (part) | 12/10/18 | N | | See Note # 1 |
| 217. --Cummings Group Inc | | None | O | U | Buy (add'l) | 12/10/18 | J | | |
| 218. --Diamondback Drugs of Delaware LLC | G | Distribution | N | U | Sold (part) | 08/16/18 | O | | See Note # 1 |
| 219. | | | | | Sold (part) | 12/10/18 | K | | |
| 220. --Distinct Holdings Group,Inc(dba Diversified) | | None | O | U | | | | | |
| 221. --Long's Drugs Inc | G | Distribution | P1 | U | Sold (part) | 05/16/18 | M | | See Note # 1 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. --Lieberman Research Worldwide LLC | | None | O | U | | | | | |
| 223. --MetrogisticsLLC | | None | O | U | Buy (add'l) | 09/12/18 | M | | |
| 224. --National HME,Inc | | None | | | Buy (add'l) | 12/10/18 | K | | |
| 225. | | | | | Sold | 12/31/18 | J | | |
| 226. --Preimier Store Fixtures,LLC | | None | J | U | Buy (add'l) | 12/10/18 | K | | |
| 227. --Stratix Corp | | None | O | U | | | | | |
| 228. --Towerco 2013 Holdings LLC | | None | | | Sold | 01/02/18 | J | | |
| 229. --TowerCo IV Holdings LLC | G | Distribution | N | U | | | | | See Note # 1 |
| 230. --AST Corporation | | None | N | U | | | | | |
| 231. --DermaRite Industries LLC | | None | N | U | | | | | |
| 232. --Edenbridge Pharmaceuticals LLC | | None | N | U | | | | | |
| 233. --HMT Holdings Inc | | None | O | U | Buy (add'l) | 09/12/18 | M | | |
| 234. --TW Lone Peak Master LLC | | None | M | U | Sold (part) | 05/16/18 | J | | |
| 235. | | | | | Sold (part) | 08/16/18 | J | | |
| 236. | | | | | Sold (part) | 12/10/18 | J | | |
| 237. The Yard (Promissory Note) | C | Interest | L | T | | | | | |
| 238. RGI Partners B LP | G | Distribution | M | U | Sold (part) | 02/13/18 | L | | See Note # 1 |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold (part) | 04/16/18 | K | | |
| 240. | | | | | Sold (part) | 06/27/18 | L | | |
| 241. Radius Networks Inc (Com) | | None | O | T | | | | | |
| 242. Safebulkers Ser D 8 % Preferred | E | Dividend | M | T | | | | | |
| 243. ChartIQ LLC | | None | N | U | | | | | |
| 244. Transplant Genomics Inc (Convertible Note) | D | Interest | N | T | Buy (add'l) | 01/29/18 | K | | |
| 245. | | | | | Buy (add'l) | 04/30/18 | K | | |
| 246. Transplant Genomics Inc( Preferred A) | | None | M | T | | | | | |
| 247. Real Endpoints LLC | | None | O | U | | | | | |
| 248. Valuestream Development Lab Fund LLC | | None | M | U | Sold (part) | 02/22/18 | J | | |
| 249. Romulus Placester Special Opportunity Fd | | None | L | U | | | | | |
| 250. Grove Hospitality Asia GP LLC | | None | J | U | Sold (part) | 04/16/18 | K | | |
| 251. | | | | | Sold (part) | 07/27/18 | L | | |
| 252. | | | | | Sold (part) | 12/12/18 | J | | |
| 253. Grove Hospitality Europe GP LLC | A | Distribution | J | U | Sold (part) | 04/16/18 | J | | See Note # 1 |
| 254. Grove Aurelis II GP LLC | G | Distribution | N | U | Sold (part) | 02/01/18 | J | | See Note # 1 |
| 255. | | | | | Sold (part) | 04/16/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,000 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Sold (part) | 06/27/18 | J | | |
| 257. | | | | | Sold (part) | 12/12/18 | J | | |
| 258. GN WMC LLC | | None | K | U | | | | | |
| 259. Romulus Cohealo Special Opportunity Fund LP | | None | M | U | | | | | |
| 260. Invesco International Growth A (401k) | | None | M | T | | | | | |
| 261. Safebulkers Inc (Ser C Preferred) (IRA) | D | Dividend | L | T | | | | | |
| 262. Personalized Cancer Therapy Inc (Com) d/b/a( PERTHA) | | None | O | T | Buy (add'l) | 02/02/18 | L | | |
| 263. | | | | | Buy (add'l) | 08/20/18 | M | | |
| 264. Romulus ELC B3 Special Opportunity LP | | None | M | U | | | | | |
| 265. Sommetrics. Inc (Preferred Ser B) | | None | N | T | | | | | |
| 266. Sensai Corp (Converitible Note) | | None | M | T | | | | | |
| 267. Cycle Pharmaceuticals LTD (Ser A Shares) | | None | P1 | T | Buy (add'l) | 10/09/18 | M | | |
| 268. Free ATM Inc (Ser A Preferred) | | None | K | T | | | | | |
| 269. Engage Simply Inc (Convertible Note) | | None | K | T | | | | | |
| 270. Build and Imagine LLC | | None | J | U | Sold (part) | 09/17/18 | L | | |
| 271. SpireCube LLC | | None | L | U | Distributed (part) | 06/28/18 | J | | See Note # 5 To Ln # 470 |
| 272. Linx-Transpro Co-Invest LLC | D | Distribution | L | U | Sold (part) | 01/10/18 | J | | See Note # 1 |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Sold<br>(part) | 01/26/18 | J | | |
| 274. | | | | | Sold<br>(part) | 04/11/18 | J | | |
| 275. | | | | | Sold<br>(part) | 09/04/18 | J | | |
| 276. Linx-Gullett Co-Invest LLC | | None | M | U | | | | | |
| 277. 50 Mast LLC | | None | M | U | | | | | |
| 278. AG Team Partners LLC | E | Distribution | N | U | Sold<br>(part) | 12/05/18 | K | | See Note # 1 |
| 279. AG Team Partnners III LP | | None | M | U | | | | | |
| 280. CSL Energy Opp Fund II LP | | None | P1 | U | Buy<br>(add'l) | 01/02/18 | M | | |
| 281. | | | | | Sold<br>(part) | 01/02/18 | M | | |
| 282. | | | | | Sold<br>(part) | 07/27/18 | N | | |
| 283. Estimize Inc (Ser B Preferred) | | None | M | T | | | | | |
| 284. Grotech Ventures III LP | | None | O | U | Buy<br>(add'l) | 01/23/18 | K | | |
| 285. | | | | | Buy<br>(add'l) | 03/23/18 | K | | |
| 286. | | | | | Buy<br>(add'l) | 06/11/18 | K | | |
| 287. | | | | | Buy<br>(add'l) | 07/13/18 | K | | |
| 288. | | | | | Buy<br>(add'l) | 09/07/18 | K | | |
| 289. | | | | | Buy<br>(add'l) | 11/26/18 | L | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Karma Culture LLC | | None | M | U | | | | | |
| 291. Kinderhook Capital Fund IV | | None | P2 | U | Buy (add'l) | 01/18/18 | K | | |
| 292. | | | | | Buy (add'l) | 02/20/18 | M | | |
| 293. | | | | | Buy (add'l) | 03/19/18 | N | | |
| 294. | | | | | Buy (add'l) | 05/29/18 | L | | |
| 295. | | | | | Buy (add'l) | 07/16/18 | M | | |
| 296. | | | | | Buy (add'l) | 10/01/18 | K | | |
| 297. | | | | | Buy (add'l) | 12/14/18 | L | | |
| 298. Linx-CPT Co Invest LLC | B | Interest | L | U | Sold (part) | 01/31/18 | J | | |
| 299. | | | | | Sold (part) | 02/28/18 | J | | |
| 300. | | | | | Sold (part) | 04/11/18 | J | | |
| 301. | | | | | Sold (part) | 07/11/18 | J | | |
| 302. | | | | | Sold (part) | 10/15/18 | J | | |
| 303. Logic9S LLC (Conv Promissory Note) | | None | L | T | Sold (part) | 11/08/18 | M | | |
| 304. Oxy Docs, Inc (Conv Promissory Note) | | None | O | T | Buy (add'l) | 07/17/18 | M | | |
| 305. Olympus Capital Asia Fd V LP | | None | O | U | Buy (add'l) | 02/07/18 | M | | |
| 306. | | | | | Buy (add'l) | 06/25/18 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. | | | | | Sold (part) | 12/27/18 | L | | |
| 308. Padloc Inc. (Ser A Preferred) N/C Aila | | None | M | T | | | | | |
| 309. Romulus Capital III (US) Feeder LP | | None | P1 | U | Buy (add'l) | 12/05/18 | N | | |
| 310. Perry Lane LLC | | None | N | U | | | | | |
| 311. Slingshot Insights Inc (Conv. Promissory Note) | D | Interest | M | T | | | | | |
| 312. Syndicated Loan Direct Inc (Conv. Promissory Note) | | None | P1 | T | | | | | |
| 313. TBCP Jacksonville LLC | | None | J | U | | | | | |
| 314. TernPro Inc (Conv Promissory Note &Preferred Stock) | | None | L | T | Buy (add'l) | 02/20/18 | K | | |
| 315. Terafina Inc (Conv Promissory Note) | | None | N | T | | | | | |
| 316. Home Team Marketing LLC (Senior Promissory Notes ) | G | Interest | O | T | | | | | |
| 317. Highland Resort At the Peaks LLC | D | Distribution | M | U | | | | | See Note # 1 |
| 318. Edward Jones Retirement MM(IRA) | | None | J | T | | | | | |
| 319. Fidelity (Cash) | A | Interest | J | T | | | | | |
| 320. Figue Holdings LLC | | None | J | U | | | | | |
| 321. Gain Fitness Inc(Conv Note) | | None | J | T | | | | | |
| 322. Aisling Capital IV LP | | None | P1 | U | Buy (add'l) | 01/02/18 | L | | |
| 323. | | | | | Buy (add'l) | 02/05/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A - Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B - Income during reporting period | | C - Gross value at end of reporting period | | D - Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 02/26/18 | L | | |
| 325. | | | | | Buy (add'l) | 03/05/18 | L | | |
| 326. | | | | | Buy (add'l) | 09/21/18 | K | | |
| 327. | | | | | Buy (add'l) | 12/04/18 | L | | |
| 328. | | | | | Sold (part) | 01/24/18 | L | | |
| 329. | | | | | Sold (part) | 06/29/18 | L | | |
| 330. | | | | | Sold (part) | 09/13/18 | N | | |
| 331. | | | | | Sold (part) | 11/02/18 | M | | |
| 332. Canal Logix LLC | A | Distribution | L | U | | | | | See Note # 1 |
| 333. Collision Funding Partners LLC (Note) | | None | K | T | | | | | |
| 334. Linx-Elite Co Invest LLC | D | Interest | N | U | Sold (part) | 01/12/18 | J | | |
| 335. | | | | | Sold (part) | 04/11/18 | J | | |
| 336. | | | | | Sold (part) | 07/11/18 | J | | |
| 337. | | | | | Sold (part) | 10/15/18 | J | | |
| 338. Linx-Nebr Co Invest LLC | | None | M | U | | | | | |
| 339. Peterson Partners VIII LP | | None | | | Sold | 06/29/18 | O | | |
| 340. Romulus Estify Sp Opportunity LP | | None | M | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. Romulus Growth Cogito LP | | None | M | U | | | | | |
| 342. Strategic Alternative Fund Group LLC | | None | L | U | | | | | |
| 343. Parkstone Capital Partners IV Holdings LP | B | Distribution | M | U | Sold (part) | 12/31/18 | J | | See Note # 1 |
| 344. Linx Q Liquidating Tr | D | Distribution | J | U | Sold (part) | 12/26/18 | J | | See Note # 1 |
| 345. Fulling Mills LLC | E | Distribution | O | U | Buy (add'l) | 11/14/18 | M | | See Note # 1 |
| 346. Ram Realty IV LP | | None | O | U | Buy (add'l) | 03/27/18 | M | | |
| 347. | | | | | Buy (add'l) | 08/06/18 | M | | |
| 348. | | | | | Buy (add'l) | 11/06/18 | M | | |
| 349. Alpine-Gleenwood LP | | None | K | U | | | | | |
| 350. BigID Inc(Conv Note) | | None | M | T | | | | | |
| 351. Lending Front Inc (Conv Note) | | None | M | T | | | | | |
| 352. Mine One GMBH (Ser A sh) (IRA) | | None | M | T | | | | | |
| 353. Relationship Capital Partners Inc (Conv Notes) | | None | O | T | Buy (add'l) | 04/05/18 | N | | |
| 354. PHRP LLC | | | | | | | | | See Note # 11 |
| 355. --Shareablee Inc (Ser A Pref) | | None | P1 | T | | | | | See Note # 11 |
| 356. Skyfront Corp (Note Rec) | | None | K | T | | | | | |
| 357. SPC Intermex LP | G | Distribution | O | U | Sold (part) | 07/30/18 | O | | See Note # 1 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Sold<br>(part) | 10/29/18 | J | | |
| 359. Yingo Yango Inc (Ser A Pref) | | None | M | T | | | | | |
| 360. American Fund Cap Inc (401K) | | None | M | T | | | | | |
| 361. UBS Bank USA Deposit Ac | A | Interest | K | T | | | | | |
| 362. UBS AG Deposit Act (IRA) | B | Interest | | | Closed | 12/31/18 | J | | |
| 363. 312 Atlantic Ave LLC | | None | M | U | | | | | |
| 364. Flank 71 Smith LLC | | None | O | U | Sold<br>(part) | 01/26/18 | L | | |
| 365. | | | | | Sold<br>(part) | 04/20/18 | K | | |
| 366. | | | | | Sold<br>(part) | 08/09/18 | K | | |
| 367. | | | | | Sold<br>(part) | 10/30/18 | K | | |
| 368. | | | | | Sold<br>(part) | 12/14/18 | K | | |
| 369. UBS Bank USA BUS ACCT(Foundation #<br>1) | A | Interest | L | T | | | | | |
| 370. UBS AG Deposit Account (Foundation #1) | | None | | | Closed | 07/31/18 | J | | |
| 371. Oppenheimer Lmt Term Bond<br>Fd(Foundation # 1) | B | Dividend | | | Sold | 07/31/18 | L | | |
| 372. Virtus Low Duration Income Fd<br>A(Foundation # 1) | A | Dividend | | | Sold | 07/31/18 | J | | |
| 373. Cyriline Morgan (Personal Note) | | None | M | T | | | | | |
| 374. Loch Lomond Golf Club(Ser C) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. UBS Bank USA Dept Ac (IRA) | A | Interest | M | T | | | | | |
| 376. Thornburg Global Oppy Fd CL A(IRA) | D | Dividend | N | T | | | | | |
| 377. American Balanced Fund Inc (IRA) | E | Dividend | N | T | | | | | |
| 378. American Fund Global Balanced (IRA) | D | Dividend | N | T | | | | | |
| 379. Nvidia Corp (IRA) | | None | | | Sold | 02/14/18 | M | E | |
| 380. Nucana PLC GBR (IRA) | | None | P2 | T | Sold (part) | 04/17/18 | N | G | |
| 381. Relationship Capital Partners (IRA) (Convertible Promissory Note) | | None | L | T | | | | | |
| 382. Aimmune Therapeutics Inc (Com) | | None | | | Sold | 01/08/18 | K | E | |
| 383. Esperion Therapeutics Inc | | None | | | Sold | 01/08/18 | N | G | |
| 384. ERA Investor Fund 6 LP | | None | M | U | Buy (add'l) | 01/22/18 | L | | |
| 385. | | | | | Buy (add'l) | 12/07/18 | L | | |
| 386. | | | | | Sold (part) | 07/11/18 | K | | |
| 387. Groupize Inc (Ser A-2 pfd) | | None | N | T | Buy (add'l) | 04/03/18 | L | | |
| 388. | | | | | Buy (add'l) | 11/26/18 | L | | |
| 389. Medaptive Health Inc (Conv Prom) | | None | L | T | | | | | |
| 390. Poliwogg Holdings Inc (Ser B Conv Prefered) | | None | L | T | | | | | |
| 391. Shiftsmart Inc (Ser AA Preferred) | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. BondCliQ Inc (Conv Promissory Note) | | None | L | T | | | | | |
| 393. Canal Logic 2 LLC | A | Distribution | L | U | | | | | See Note # 1 |
| 394. Nextremity LLC N/C Nextremity Solutions Inc (Ser B Preferred) | | None | M | T | | | | | |
| 395. Sayspring Inc | | None | | | Sold | 04/17/18 | N | G | |
| 396. Three Girls and a Lion LLC N/C TG& L Holdings LLC(Convertible Note) | | None | N | T | Buy (add'l) | 02/09/18 | M | | |
| 397. | | | | | Buy (add'l) | 08/24/18 | M | | |
| 398. Entrepreneurs Expansion Fund III LP | | None | M | U | Buy (add'l) | 03/12/18 | K | | |
| 399. | | | | | Buy (add'l) | 08/15/18 | K | | |
| 400. | | | | | Buy (add'l) | 12/07/18 | K | | |
| 401. | | | | | Sold (part) | 07/11/18 | J | | |
| 402. KInderhook V LP | | None | P1 | U | Buy (add'l) | 02/20/18 | N | | |
| 403. | | | | | Buy (add'l) | 03/29/18 | N | | |
| 404. | | | | | Buy (add'l) | 06/08/18 | N | | |
| 405. | | | | | Buy (add'l) | 08/06/18 | M | | |
| 406. Valuestream Ventures 2017 LLC | | None | M | U | Buy (add'l) | 04/10/18 | M | | |
| 407. Workbench Ventures III LLC | | None | L | U | Buy (add'l) | 02/08/18 | K | | |
| 408. | | | | | Buy (add'l) | 07/16/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 29 of 36

**Name of Person Reporting**

McMahon, Colleen

**Date of Report**

08/12/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 410. 71 Smith Retail Venture LLC | | None | O | U | Sold (part) | 02/13/18 | L | | |
| 411. First Republic Checking | A | Interest | M | T | | | | | |
| 412. Generation Tux (Ser D-2 Preferred) | A | Interest | M | T | Sold (part) | 12/31/18 | J | | |
| 413. Nucana PLC Spons ADR (IRA) | | None | | | Sold | 03/14/18 | M | E | |
| 414. Seventh Sibling LLC (Promissory Note) | | None | K | T | | | | | |
| 415. RGI Recap Partners LLC | H1 | Distribution | O | U | Sold (part) | 04/16/18 | M | | See Note # 1 |
| 416. TransEnterix Inc | | None | | | Spinoff (from line 103) | 06/07/18 | J | | See Note # 6 |
| 417. | | | | | Spinoff (from line 104) | 10/02/18 | J | | See Note # 6 |
| 418. | | | | | Donated | | | | |
| 419. Parkstone Capital Partners III LP | G | Distribution | N | U | Buy | 05/07/18 | M | | See Note # 1 |
| 420. | | | | | Buy (add'l) | 06/01/18 | K | | |
| 421. 1101 Grundy Property Owner LLC | | None | O | U | Buy | 11/13/18 | O | | |
| 422. | | | | | Buy (add'l) | 12/18/18 | K | | |
| 423. Adaptive Management Inc (Convertible Promissory Note) | | None | M | T | Buy | 08/13/18 | M | | |
| 424. Bioxcel Therapeutics Inc (Com) | | None | M | T | Buy | 02/09/18 | M | | |
| 425. Blue Systems A.Y. Ltd (Ordinary) | | None | K | T | Buy | 04/09/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 36

**Name of Person Reporting**

McMahon, Colleen

**Date of Report**

08/12/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. B Hospitality Corp (Series Seed Preferred) | | None | K | T | Buy | 06/27/18 | K | | |
| 427. Canal Logix 3 LLC | | None | | | Buy | 08/20/18 | K | | |
| 428. | | | | | Sold | 11/08/18 | K | | |
| 429. Felix Gray Inc (Ser A-1 Preferred) | | None | M | T | Buy | 12/18/18 | M | | |
| 430. findSisterhood Inc (Convertible Promissory Note) | | None | L | T | Buy | 08/10/18 | K | | |
| 431. | | | | | Buy (add'l) | 10/16/18 | K | | |
| 432. LA Aloe LLC | | None | M | U | Buy | 06/25/18 | M | | |
| 433. Linx-CTAM Co-Invest, LLC | D | Interest | M | U | Buy | 03/13/18 | M | | |
| 434. Plum Alley Syndicate XIII LLC | | None | M | U | Buy | 11/01/18 | M | | |
| 435. Vitalis LLC | | None | N | U | Buy | 09/05/18 | N | | |
| 436. Ladder Capital Corp (Com) (IRA) | | None | N | T | Buy | 10/16/18 | N | | |
| 437. AG Team Partners II LP | | None | N | U | Buy | 02/21/18 | N | | |
| 438. | | | | | Sold (part) | 04/10/18 | L | | |
| 439. Martin Pharmaceuticals Inc (Convertible Promissory Note) | | None | M | T | Buy | 03/09/18 | M | | |
| 440. Clarke (Mortgage) | D | Interest | N | T | Buy | 06/29/18 | N | | |
| 441. MiMeetings d/b/a 242 LLC (Convertible Promissory Note) | | None | L | T | Buy | 11/13/18 | L | | |
| 442. Modumental Inc (Convertible Promissory Note) | | None | L | T | Buy | 08/24/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 36

Name of Person Reporting

McMahon, Colleen

Date of Report

08/12/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Popin Inc (Series Seed Preferred) | | None | N | T | Buy | 09/13/18 | N | | |
| 444. Thompson Trucking (X) | B | Distribution | | | Sold | 06/12/18 | J | | See Note # 3 |
| 445. Second Screen Inc (Convertible Promissory Note) | | None | K | T | Buy | 12/07/18 | K | | |
| 446. SPC Vereco LP | | None | M | U | Buy | 10/02/18 | N | | |
| 447. | | | | | Sold (part) | 10/30/18 | K | | |
| 448. Tallarium Limited (Preferred Shares) | | None | L | T | Buy | 06/20/18 | L | | |
| 449. The Square Foot Inc (Series A Preferred) | | None | M | T | Buy | 02/20/18 | M | | |
| 450. Threshing Floor Security Inc (Series Seed Preferred) | | None | L | T | Buy | 10/22/18 | L | | |
| 451. Under Armor (Com) (IRA) | | None | | | Buy | 03/05/18 | N | | |
| 452. | | | | | Sold (part) | 04/09/18 | M | | |
| 453. | | | | | Sold | 06/18/18 | M | F | |
| 454. xtra Chef Inc(Note) | | None | K | T | Buy | 12/07/18 | K | | |
| 455. Docero LLC ( Promissory Note) | | None | M | T | Buy | 08/14/18 | M | | |
| 456. Mine One Gmbh (Series B) | | None | K | T | Buy | 04/06/18 | K | | |
| 457. Tailwind III LP | | | | | | | | | See Note # 10 |
| 458. --Smith Cooper International Inc | | None | O | U | Buy | 09/14/18 | O | | |
| 459. --Benevis Holding Corp | | None | M | U | Buy | 12/06/18 | O | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460.  --Abode Healthcare Inc | | None | N | U | Buy | 12/31/18 | O | | |
| 461.  --Convergence Technologies Inc | | None | M | U | Buy | 12/31/18 | N | | |
| 462.  --Loenbro LLC | | None | N | U | Buy | 12/31/18 | N | | |
| 463.  Tailwind III GP LP | | | | | | | | | See Note # 10 |
| 464.  --Smith Cooper International Inc | | None | N | U | Buy | 09/14/18 | K | | |
| 465.  --Benevis Holding Corp | | None | L | U | Buy | 12/06/18 | J | | |
| 466.  --Abode Healthcare Inc | | None | M | U | Buy | 12/31/18 | M | | |
| 467.  --Convergence Technologies Inc | | None | L | U | Buy | 12/31/18 | L | | |
| 468.  --Loenbro LLC | | None | L | U | Buy | 12/31/18 | L | | |
| 469.  UBS Liquid Asset Gov't Fund(IRA) | | None | M | T | Open | 08/20/18 | O | | |
| 470.  Instructure | | None | | | Spinoff<br>(from line 271) | 06/28/18 | J | | See Note # 6 |
| 471. | | | | | Donated | | | | |
| 472.  JP Morgan -Pound Sterling | | None | L | T | Open | 01/02/18 | L | | |
| 473.  adTheorent Inc(X) | C | Distribution | | | Sold | 11/21/18 | J | | See Note # 3 |
| 474.  Gravitas Technology Services LLC(X) | G | Distribution | | | Sold | 04/06/18 | N | | See Note # 3 |
| 475.  Automotive Mastermind Inc(X) | G | Distribution | | | Sold | 06/08/18 | N | | See Note # 3 |
| 476.  Automotive Mastermind Inc(X) | E | Distribution | | | Sold | 10/22/18 | K | | See Note # 3 |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. E LaCarte Inc (Convertible Promissory Notes) | | None | L | T | Buy | 01/02/18 | K | | |
| 478. | | | | | Buy (add'l) | 04/05/18 | K | | |
| 479. | | | | | | | | | |
| 480. | | | | | | | | | |
| 481. | | | | | | | | | |
| 482. | | | | | | | | | |
| 483. | | | | | | | | | |
| 484. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1
Explanation Re:Section VII ,
Item
#'28,30,31,40,43,47,49,52,62,65,66,72,75,76,80,81,82,84,86,87,91,93,100,105,106,110,121,124,125,129,146,159,161,163,164,165,169,170,176,178,207,216,218,221
,229,238,253,254,272,278,317,332,343,344,345,357,393.415,419

Investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to
determine the amount code in column B(1)
The type of income in column B(2)is labeled "distribution",to denote more then one category of income  indicated on schedule K-1 received from the partnership.

Note # 2
Explanation Section VII
Item # 27

Menemsha Capital Partners Ltd is a Sub-chapter S corporation owned 100%  by Judge McMahon's ▉ .

Note # 3
Explanation Section VII
Item # 444,473,474,475,476
 Escrow income subject to various contingencies was received during 2018. The applicable securities were sold in prior years. The cost of the securities was zero.

Note # 4
Explanation Section  VII
Item #  71-81,83-92

The Judge's ▉ is a  Partner  of Tailwind Capital Partners LP and Tailwind Capital Partners (GP) LP . These  partnerships have ownership  interests in the
 companies listed under  Tailwind Capital Partners LP and Tailwind Capital Partners (GP) LP..
 Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed.
 In addition, the purchase and sale information is also listed by underlying asset. The Limited Partnership and General Partnership have ownership interests in the
 same companies.

Note # 5
Explanation Section VII
Item # 103,104,271

The Limited Partnership distributed shares of securities that were purchased and held by the partnership. This information  is noted as "Distributed " in Column
 D(1). The date the shares were distributed  is listed in Column D(2). The value in Column D(3) is the distributee's pro rata share of the aqusition cost
 of the assets by the Limited Partnership, as reported by the General Partner. The transfer relates only to the specific security The entire partnership was not
 transferred.

Note # 6
Explanation Section VII
Item # 416,417,470
These securities were not purchased but were received from time to time as in-kind distributions from the various Limited Partnerships.. These securities are listed
 as "Spinoff" in column D(1).
 The date in column D(2) is the effective date of the distribution. The Value in Column D (3) is the distributee's pro rate share of the  acqusition costs of the assets
 by the Limited Partnership, as reported by the General Partner.

Note # 7
Explanation Section VII
Item # 182-208

The Judge's ▉ created two trusts- Trust # 3 and Trust # 4. He is the Grantor and Trustee of these  trusts. The  income reported by  the trusts are taxed to the
 Grantor. The benficiaries of the trusts are the Judge's ▉ .
 Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed.
 In addition, the purchase and sale information is also listed by underlying asset.

See Note # 8
Explanation Section VII
Item # 160-181,215-236
The Judge's ▉ is  Partner of Tailwind Capital Partners II LP and Tailwind Capital Partners II (GP) LP. The partnerships have ownership interests
 in the companies listed . Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed.
 In addition, the purchase and sale information is also listed by underlying asset. The Limited Partnership and General Partnership have ownership interests in the
 same companies.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note # 9
Explanation Section VIII
Item # 354,355

The Judge's ▓▓▓▓ created a single member LLC to hold various investments. The current  investment is listed below the LLC on line # 352.

See Note # 10
Explanation Section VII
Item # 195-200,209-214,457-462,463-468
The Judge's ▓▓▓▓ is a g Partner of Tailwind Capital Partners III LP and Tailwind Capital Partners III (GP) LP. The partnerships have ownership interests
 in the companies listed . Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed.
In addition, the purchase and sale information is also listed by underlying asset.
The Limited Partnership and General Partnership have ownership interests in the same companies. Trust # 3 and Trust # 4 are also partners in Tailwind Capital
 Partners III LP. The
assets that are owned by the partnership are listed in the appropriate section of the report.

# FINANCIAL DISCLOSURE REPORT
Page 36 of 36

Name of Person Reporting

McMahon, Colleen

Date of Report

08/12/2019

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Colleen McMahon**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544